**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:16-mc-0046-BAM |
| Plaintiff, | ) |
| v. | ) <u>ORDER</u> |
| TIMMIE BRUCE TAYLOR, | ) |
| Defendant. | ) |

On September 8, 2016, Plaintiff filed an application for a writ of garnishment. (Doc. 3). Accordingly, on September 9, 2016, the Clerk of the Court sent defendant and judgment debtor a Notice and Instructions to Judgment Debtor re: Writ of Continuing Garnishment form, which included a Claim for Exemption form and a Request for Hearing form. (Doc. 4). On September 27, 2016, Defendant and judgment debtor "Timmie Taylor" filed his Claim for Exemption and his Request for Hearing forms. (Docs. 7, 8).

Within fourteen (14) days of this order, the United States shall file a response to Defendant's filings opposing garnishment. In addition to outlining the applicable law and responding to defendant's contentions, the response shall address the relevant procedural history of the underlying criminal case, including the potential impact of any agreements reached between the United States and

1

defendant.  Additionally, the response shall also address the garnishee's failure to timely submit an acknowledgment of service and answer of garnishee form.

The Court declines to set a hearing at this time, but if the Court subsequently determines that oral argument or supplemental briefing is necessary, the parties will be notified.

IT IS SO ORDERED.

Dated: **September 30, 2016**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE