# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-mc-0046-BAM |
| Plaintiff, | |
| v. | ORDER ASSIGNING CASE RE PRESIDING JUDGE |
| TIMMIE BRUCE TAYLOR, | |
| Defendant. | |

The parties have filed their consents under Title 28, U.S.C. section 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment. Accordingly, the above-entitled action is assigned to Judge BARBARA A. McAULIFFE as Presiding Judge for all purposes. All future pleading shall be numbered 1:16-mc-0046-BAM.

IT IS SO ORDERED.

Dated: __December 21, 2016__        _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE