UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMMIE BRUCE TAYLOR,<br><br>　　　　Defendant. | No. 1:03-cr-05161-DAD |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMMIE BRUCE TAYLOR,<br><br>　　　　Defendant. | No. 1:16-mc-00046-BAM<br><br>ORDER |

On September 3, 2004, following his pleas of guilty to multiple counts of mail fraud and attempting to evade the payment of taxes, defendant Taylor was sentenced to the custody of the U.S. Bureau of Prisons for a total term of 87 months with a 36-month term of supervised release to follow, penalty assessments totaling $800 and to pay restitution to the victims in the amount of $337,682. Judgment was entered accordingly. Following service of his sentence, defendant

Taylor successfully completed his term of supervised release. However, as the dockets in the closed criminal case and in miscellaneous civil actions subsequently filed by the government reflect, efforts to collect restitution from defendant Taylor continue. As he has in the past, defendant Taylor has recently written to the Clerk of the Court regarding these matters. In this regard, the Clerk of the Court has received letters from the defendant dated September 6, 2018 and October 9, 2018.[1] In those letters, defendant Taylor refers to a levy and requests "relief from financial obligation" and for a "hearing to set monthly payment."

It is unclear to the undersigned what specific relief defendant Taylor is seeking and on what ground or in which action he is seeking it. The court notes that Case No. 1:16-mc-00046-BAM is an open miscellaneous civil action involving a writ of garnishment related to the government's efforts to collect restitution from defendant Taylor. Accordingly:

1. The Clerk of the Court is directed to file defendant Taylor's September 6, 2018 and October 9, 2018 letters in both of the case files appearing in the caption of this order. The Clerk of Court is also directed to serve this order on defendant Taylor by mailing it to the address for him appearing on the letters and on the court's docket in Case No. 1:16-mc-00046-BAM;

2. The United States Attorney's Office is directed to respond to defendant's letters and in doing so address in which case or cases any order in response to defendant's request should be entered. The government's response shall be filed and served by October 19, 2018;

3. Defendant Taylor shall file any reply to the government's response by October 26, 2018; and

/////

/////

---

[1] Both of defendant Taylor's letters refer in their heading to the criminal case, 1:03-cr-05161-DAD, and Case No. 1:14-mc-0055-AWI-SKO. This latter miscellaneous civil case related to a writ of garnishment that was terminated and the case was closed by court order on June 10, 2016. Accordingly, the Clerk of the Court filed defendant Taylor's September 6, 2018 letter only on the docket of his closed criminal case. Defendant Taylor is advised not to refer to closed Case No. 1:14-mc-0055-AWI-SKO in the heading of any future filings with this court.

4. Upon receiving the parties' submissions, the court will issue an order or set a hearing in whichever case or cases the court determines to be appropriate in addressing defendant Taylor's requests.

IT IS SO ORDERED.

Dated: **October 11, 2018**

UNITED STATES DISTRICT JUDGE